

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NOS.   02-14-00392-CR**
**02-14-00393-CR**
**02-14-00394-CR**

BROOKS L. BURTSON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

------------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1340778D, 1340779D, 1340780D

------------

## ORDER

------------

We have considered "Appellant's Motion To Withdraw Anders Brief and to Extend Deadlines to Allow Filing of An Appellant's Brief," which we have construed as a motion for rehearing, and the State's response.  *See* Tex. R. App. P. 49.2 (stating that a motion will not be granted unless a response has been filed or requested by the court).

It is the opinion of the court that the motion for rehearing should be and is hereby **GRANTED**.

We withdraw our June 25, 2015 memorandum opinion and judgment and order the appeals reinstated on the court's docket.

We further withdraw our order allowing appellant's counsel to withdraw from the appeals and reinstate him as appellant's counsel for the duration of the appeals so that counsel can file a brief raising an arguable issue.

Appellant's brief on the merits is now due on or before **Monday, August 17, 2015**.  The State's brief will be due 30 days later.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record.

SIGNED July 16, 2015

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

2